JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
CHRISTINA MIDDLETON, as guardian and next of kin on behalf of A.B., individually and on behalf of all others similarly situated ;
1 Citizen of This State;
**County of Residence:** Jackson County

### Defendant(s):

First Listed Defendant:
TIKTOK INC. ;
5 Incorporated and Principal Place of Business in Another State; California
**County of Residence:** Outside This District

Additional Defendants(s):
TIKTOK U.S. DATA SECURITY INC. ;
5 Incorporated and Principal Place of Business in Another State; California

BYTEDANCE LTD. ;
6 Foreign Nation;

BYTEDANCE INC. ;
5 Incorporated and Principal Place of Business in Another State; California

TIKTOK PTE. LTD. ;
6 Foreign Nation;

TIKTOK LTD. ;
6 Foreign Nation;

**County Where Claim For Relief Arose:** Jackson County

## Plaintiff's Attorney(s):                     Defendant's Attorney(s):

Thomas P. Cartmell (CHRISTINA MIDDLETON, as guardian and next of kin on behalf of A.B., individually and on behalf of all others similarly situated)
Wagstaff & Cartmell LLP
4740 Grand Ave., Ste 300
Kansas City, Missouri 64112
**Phone:** 816-701-1100
**Fax:** 816-531-2372
**Email:** tcartmell@wcllp.com

Eric D. Barton (CHRISTINA MIDDLETON, as guardian and next of kin on behalf of A.B., individually and on behalf of all others similarly situated)
Wagstaff & Cartmell LLP
4740 Grand Ave., Ste 300
Kansas City, Missouri 64112
**Phone:** 816-701-1100
**Fax:** 816-531-2372
**Email:** ebarton@wcllp.com

Tyler W. Hudson (CHRISTINA MIDDLETON, as guardian and next of kin on behalf of A.B., individually and on behalf of all others similarly situated)
Wagstaff & Cartmell LLP
4740 Grand Ave., Ste 300
Kansas City, Missouri 64112
**Phone:** 816-701-1100
**Fax:** 816-531-2372
**Email:** thudson@wcllp.com

## Basis of Jurisdiction: 4. Diversity of Citizenship

## Citizenship of Principal Parties (Diversity Cases Only)

**Plaintiff:** 1 Citizen of This State

**Defendant:** 5 Incorporated and Principal Place of Business in Another State

## Origin: 1. Original Proceeding

## Nature of Suit: 360 Other Personal Injury Actions
## Cause of Action: Invasion of Privacy and Unjust Enrichment
## Requested in Complaint

**Class Action:** Class Action Under FRCP23

Case 4:24-cv-00742-FJG     Document 1-1     Filed 11/15/24     Page 2 of 3

**Monetary Demand (in Thousands):** 5,000,000.00

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Thomas P. Cartmell

**Date:** 11/15/2024

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.